**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Santos PEREZ, Defendant–Appellant.**

**No. 03–11226.**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2004.

Floyd Clardy, Dallas, TX, for Plaintiff–Appellee.

---

Robert Jackson Herrington, Assistant Federal Public Defender, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jose Santos Perez (Perez) appeals the sentence he received on his guilty-plea convictions of conspiracy to possess stolen mail and possession of stolen mail. We AFFIRM.

Perez's sole contention is that the district court clearly erred by enhancing his sentence on the ground that there were more than 50 victims of his offenses. Section 2B1.1(b)(2)(B) of the Sentencing Guidelines authorizes a four-level increase in a defendant's offense level if that occurred.

The district court based its finding on the presentence report and testimony of a Secret Service special agent that more than 150 government checks were stolen and some 71 check-cashers and other endorsers were victimized during the conspiracy of which Perez was a leader. This evidence was plausible and uncontradicted by any defense evidence. Thus the district court's finding was not clearly erroneous, and Perez's sentence must be affirmed. *See United States v. Young,* 981 F.2d 180, 185 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.